**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | 19-14401 |
| **Edmond Knox** | ) | | |
| Debtor, | ) | **Chapter:** | Chapter 13 |
| | ) | | |
| | ) | **Judge:** | Donald R. Cassling |

### NOTICE OF MOTION

**To:**  Edmond Knox, 7812 S Eberhart Ave., Chicago, IL, 60619

Tom Vaughn, 55 E. Monroe St. #3850, Chicago, IL, 60603

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **July 25, 2019 at 09:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Donald R. Cassling in 219 S. Dearborn St, Courtroom 619, Chicago, IL, and then and there present the attached **MOTION TO WITHDRAW AS ATTORNEY,** a copy of which is attached hereto.

**By:**  */s/Kyle Dallmann*
Kyle Dallmann

### CERTIFICATE OF SERVICE

I, Kyle Dallmann, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on July 17, 2019.

**By:**  */s/Kyle Dallmann*
Kyle Dallmann

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 19-14401 |
|    Edmond Knox ) | | |
|       Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Donald R. Cassling |

## MOTION TO WITHDRAW AS ATTORNEY

Geraci Law LLC, attorney for the Debtor, in support of Motion to Withdraw as Attorney pursuant to Local Bankruptcy Rule 2091-1, states to the Court as follows:

1. The court has jurisdiction over this proceeding under 28 U.S.C. Section 1334(b).

2. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A).

3. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on 05/20/2019.

4. The Debtor has indicated to his attorneys that he no longer wishes them to represent him and is seeking new counsel.

WHEREFORE, Geraci Law LLC requests that the Court enter an order allowing counsel to withdraw from this case, and grant counsel such relief as is just and proper.

Respectfully submitted,

*/s/Kyle Dallmann*
Kyle Dallmann

**Attorneys for the Debtor**
Kyle Dallmann
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960